**Order entered November 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01002-CV

### DOUGLASS WENTWORTH, Appellant

### V.

### LARRY WELSH, Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-09-02448-C**

## ORDER

We **GRANT** appellant's November 15, 2013 unopposed second motion for an extension

of time file his brief. Appellant shall file his brief on or before November 25, 2013. We caution

appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE